JANET M. HEROLD
Regional Solicitor
SUSAN SELETSKY (CSBN 176106)
Chief Counsel for FLSA Litigation
GRACE A. KIM, Trial Attorney (CSBN 247456)
Office of the Solicitor
United States Department of Labor
350 S. Figueroa St., Suite 370
Los Angeles, California 90071
Direct: (213) 894-3950
Facsimile:  (213) 894-2064
Email: kim.grace@dol.gov

Attorneys for Plaintiff
United States Department of Labor

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| **THOMAS E. PEREZ,** Secretary of Labor, United States Department of Labor, <br><br> Plaintiff, <br><br> v. <br><br> **PRATT COMMUNICATIONS, INC.,** a corporation; **KEVIN PRATT**, an individual, <br><br> Defendants. | Case No.  16-CV-1950 <br><br><br> **COMPLAINT FOR VIOLATIONS OF THE FAIR LABOR STANDARDS ACT (FLSA)** |

Plaintiff, THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor ("Plaintiff" or the "Secretary"), brings this action to enjoin defendants PRATT COMMUNICATIONS, INC., a corporation, and KEVIN PRATT, an individual (collectively, "Defendants") from violating the provisions of Sections 6, 7, 11, and 15 of the Fair Labor Standards Act of 1938, as amended (29 U.S.C. §§ 201, et seq.) (hereinafter called "FLSA" or the "Act"), pursuant to Section 17 of the Act; and to recover unpaid compensation owing to Defendants' employees, pursuant to Section 16(c) of the Act.

# I

Jurisdiction of this action is conferred upon the Court by Sections 16(c) and 17 of the Act and 28 U.S.C. § 1345.

# II

1. Defendant PRATT COMMUNICATIONS, INC. is and at all times hereinafter mentioned was a California corporation registered in Nevada, with an office and place of business located at 2430 N. Decatur Blvd., Suite 10, Las Vegas, NV, 89108, within the jurisdiction of this Court, and is, and at all times hereinafter mentioned was engaged in business as a telecommunications contractor subcontracting cable and computer modem installation from Cox Communications, a local cable company in Las Vegas.

2. Defendant KEVIN PRATT, an individual, resides within the jurisdiction of this Court, and at all times hereinafter mentioned acted directly or indirectly in the interest of PRATT COMMUNICATIONS, INC. in relation to their employees.

# III

PRATT COMMUNICATIONS, INC. is, and at all times hereinafter mentioned was, engaged in related activities performed through unified operation or common control for a common business purpose, and is and at all times hereinafter mentioned was an enterprise within the meaning of Section 3(r) of the Act.

# IV

PRATT COMMUNICATIONS, INC. at all times hereinafter mentioned was an enterprise engaged in commerce or in the production of goods for commerce within the meaning of Sections 3(s)(1)(A) the Act in that said enterprise at all times hereinafter mentioned had employees engaged in commerce or in the production of goods for commerce, or employees handling, selling, or otherwise working on goods or materials that have been moved in or produced for commerce by any person and in that said enterprise has and has had an annual gross volume of sales made or business done of not less than $500,000.00.

**V**

Defendants PRATT COMMUNICATIONS, INC. and KEVIN PRATT willfully violated the provisions of Sections 6 and 15(a)(2) of the FLSA from at least June 1, 2010 through May 31, 2013 (the "Subject Period") by paying employees wages at rates less than $7.25 per hour, the applicable federal minimum wage, in workweeks when said employees were engaged in commerce and in the production of goods for commerce or were employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of the FLSA.

**VI**

Defendants PRATT COMMUNICATIONS, INC. and KEVIN PRATT willfully violated the provisions of Sections 7 and 15(a)(2) of the FLSA, 29 U.S.C. §§ 207 and 215(a)(2), respectively, by employing employees who in workweeks were engaged in commerce or in the production of goods for commerce, or who were employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of the Act, as aforesaid, for workweeks longer than forty hours during the Subject Period without compensating said employees for their employment in excess of forty hours per week during such workweeks at rates not less than one and one-half times the regular rate at which they were employed.  Specifically, although Defendants' employees often worked over forty hours per week during their training periods, they were only compensated for forty hours, regardless of their number of actual hours worked.

**VII**

Defendants PRATT COMMUNICATIONS, INC. and KEVIN PRATT willfully violated the provisions of Sections 11(c) and 15(a)(5) of the FLSA in that they failed to make, keep, and preserve adequate and accurate records of employees and the wages, hours and other conditions and practices of employment maintained by them as prescribed by regulations duly issued pursuant to authority granted in the FLSA and found in 29 C.F.R. Part 516.

**COMPLAINT FOR VIOLATIONS OF THE FLSA**                                        **Page 3 of 12**

# VIII

During the Subject Period, Defendants PRATT COMMUNICATIONS, INC. and KEVIN PRATT willfully violated the above-described provisions of the FLSA.

Judgment permanently enjoining and restraining such violations of the FLSA is specifically authorized by Section 17 of the FLSA, 29 U.S.C. § 217.

WHEREFORE, cause having been shown, the Secretary prays for a judgment against Defendants as follows:

a.     For an Order pursuant to Section 17 of the Act, permanently enjoining and re-straining Defendants PRATT COMMUNICATIONS, INC. and KEVIN PRATT, their officers, agents, servants, employees, and those persons in active concert or participation with them from prospectively violating the aforementioned provisions of Section 15 of the Act; and

b.     For an Order:

i.     pursuant to Section 16(c) of the Act finding Defendants PRATT COMMUNICATIONS, INC. and KEVIN PRATT liable for unpaid compensation due Defendants' employees and for liquidated damages equal in amount to the unpaid com-pensation found due Defendants' employees listed in the attached Exhibit A (additional back wages and liquidated damages may be owed to certain employees presently un-known to the Secretary for the period covered by this Complaint); or in the event liqui-dated damages are not awarded;

ii.     pursuant to Section 17 of the Act enjoining and restraining Defendants PRATT COMMUNICATIONS, INC. and KEVIN PRATT, their officers, agents, servants, em-ployees and those persons in active concert or participation with Defendants, from with-holding payment of unpaid back wages found to be due Defendants' employees and pre-judgment interest computed at the underpayment rate established by the Secretary of Treasury pursuant to 26 U.S.C. § 6621;

c.     For an Order awarding the Secretary the costs of this action; and

d.      For an Order granting such other and further relief as the Court deems to be necessary or appropriate.

//

//

Dated:  August 16, 2016                    M. PATRICIA SMITH
                                           Solicitor of Labor

                                           JANET M. HEROLD
                                           Regional Solicitor

                                           SUSAN SELETSKY
                                           Chief Counsel for FLSA Litigation

                                           __/s/ Grace A. Kim_____
                                           GRACE A. KIM
                                           Trial Attorney

                                           U.S. DEPARTMENT OF LABOR
                                           Attorneys for Plaintiff

**COMPLAINT FOR VIOLATIONS OF THE FLSA**                    **Page 5 of 12**

**EXHIBIT A**

| No. | Employee Last Name | Employee First Name |
|---|---|---|
| 1 | Aguayo | Antonio |
| 2 | Aguilar | Alex |
| 3 | Aguirre | Felicita |
| 4 | Allen | Justin |
| 5 | Alvarado | Marco |
| 6 | Ausiello | Ernest |
| 7 | Austin | Bobby |
| 8 | Barrios | Miguel |
| 9 | Bidlack | Donald |
| 10 | Bretado | Omar |
| 11 | Brito | Samuel |
| 12 | Bruns | Todd |
| 13 | Burrell | Kenneth |
| 14 | Cale | Thomas |
| 15 | Campo | Godfrey |
| 16 | Castillo | Vlad |
| 17 | Chavez | Jorge |
| 18 | Chavez | Mauricio |
| 19 | Chavez-Guzman | Jose |
| 20 | Choitz | Kurtis |
| 21 | Chung | Brice |
| 22 | Cochran, Jr. | Robert |
| 23 | Coignard | Christopher |

| 24 | Conic | Dusan |
| --- | --- | --- |
| 25 | Conner | Andrew |
| 26 | Cooper, Jr. | Jeffrey |
| 27 | Corley | Andrew |
| 28 | Cornwell, Jr. | Lewis |
| 29 | Crayton | Richard |
| 30 | Crosta | Jason |
| 31 | Cruz | Juan |
| 32 | Cuevas | Pablo |
| 33 | Cuevas, Jr. | Leopoldo |
| 34 | Cundari | Michael |
| 35 | Curl | David |
| 36 | De la Cruz | Edher |
| 37 | Dedmon | Michael |
| 38 | Dedmon, Jr. | Kenneth |
| 39 | Deiterman | Matthew |
| 40 | Delgado | Joel |
| 41 | Dominguez | Ruben |
| 42 | Duarte | Armando |
| 43 | Dyer | Bryce |
| 44 | Erhart | Jeffrey |
| 45 | Estrada | Luis |
| 46 | Faber, Jr. | Lloyd |
| 47 | Fields | Damario |
| 48 | Flanagan | Scott |
| 49 | Flores | Mharlon |
| 50 | Garcia | Alan |

**COMPLAINT FOR VIOLATIONS OF THE FLSA**

| 51 | Garcia | Daniel |
| 52 | Garcia-Alarcon | Israel |
| 53 | Geene | Michael |
| 54 | Ghisilieri | Carlos |
| 55 | Givehand | Morrice |
| 56 | Godoy | Cesar |
| 57 | Gomez | Hector |
| 58 | Goniwicha | Jeffrey |
| 59 | Gonzalez | David |
| 60 | Gonzalez | Hector |
| 61 | Gonzalez-Hernandez | Gustavo |
| 62 | Gusmerotti | Maica |
| 63 | Gutierrez | Dave |
| 64 | Hamby | Jesse |
| 65 | Hasipi | Mevludon |
| 66 | Hernandez | Juan |
| 67 | Hernandez | Oscar |
| 68 | Herrera Leon | Gregorio |
| 69 | Hoover | Christopher |
| 70 | Hopson | Chad |
| 71 | House | William |
| 72 | Huerta | Anthony |
| 73 | Humphrey | Nicholas |
| 74 | James | Robert |
| 75 | Johnson | Jeremiah |
| 76 | Jordan | Joel |

| 77 | Kersey | Nicholas |
| 78 | King | Nicolas |
| 79 | Klinkner | Christopher |
| 80 | Labelle | Scott |
| 81 | Lambert | Matthew |
| 82 | Lambertus | Hendrix |
| 83 | Lancara-Lane | Yanquiel |
| 84 | Lopez | Jose |
| 85 | Maddox | Christopher |
| 86 | Madril | Michael |
| 87 | Maness | Adam |
| 88 | Marquez | Ivan |
| 89 | Martinez Zamora | Daniel |
| 90 | Means | Ethan |
| 91 | Mercado | Jonathan |
| 92 | Molina | Carlos |
| 93 | Molloy | Robert |
| 94 | Monroy Ortiz | Osvaldo |
| 95 | Moore | Jeremiah |
| 96 | Morris | Justin |
| 97 | Morris | Wayne |
| 98 | Mucklow | Jeremy |
| 99 | Mundo | Kevin |
| 100 | Negaard | Mark |
| 101 | Norman | Charles |
| 102 | Ohan | Avedis |
| 103 | Olivas | Jose |

| 104 | Olson | Bryan |
|-----|-------|-------|
| 105 | Oprea | Loan |
| 106 | Ortega | Adrian |
| 107 | Ostrander | Greg |
| 108 | Palma | Edgar |
| 109 | Pena Lopez | Giovanni |
| 110 | Pennel | William |
| 111 | Quesada | Mauricio |
| 112 | Quoie | Theodore |
| 113 | Rancher | Rodrick |
| 114 | Rankins | Leonard |
| 115 | Rawson | Benjamin |
| 116 | Reshani | Arjan |
| 117 | Reynoso | Jose |
| 118 | Rivkind | Justin |
| 119 | Roberts | Barton |
| 120 | Rodriguez | Acxel |
| 121 | Rodriguez Pena | Jorge |
| 122 | Rogers, Jr. | Arthur |
| 123 | Romo | Brian |
| 124 | Rood | Brian |
| 125 | Rose, Jr. | Daniel |
| 126 | Rose, Jr. | Robert |
| 127 | Ross | Christopher |
| 128 | Rossi | Michael |
| 129 | Ruelas | Jose |
| 130 | Ryan | Joshua |

| 131 | Salby | Michael |
| 132 | Santana | Javier |
| 133 | Sawyer | Travis |
| 134 | Scacco | Michael |
| 135 | Scheel | Garrett |
| 136 | Schoch | Christopher |
| 137 | Schwarz | Darrin |
| 138 | Scott | Blair |
| 139 | Smith | Joshua |
| 140 | Smith | Russell |
| 141 | Stoddard | Brandon |
| 142 | Sullivan | Joshua |
| 143 | Terk | Anthony |
| 144 | Thomas | James |
| 145 | Thompson | Edward |
| 146 | Torres | Cristhian |
| 147 | Townsend | Paul |
| 148 | Townsend | Tyjuan |
| 149 | Trancoso | Michael |
| 150 | Tucker | Scott |
| 151 | Tulley | Dustin |
| 152 | Vargas, Jr. | Santiago |
| 153 | Venegas | Jesus |
| 154 | Vong | Korey |
| 155 | Walker | Clint |
| 156 | Walker | Xavier |
| 157 | Wallen | John |

**COMPLAINT FOR VIOLATIONS OF THE FLSA**

| 158 | Walsh | Shawn |
|-----|-------|-------|
| 159 | Walther | Nicholas |
| 160 | Waltman | Matthew |
| 161 | Walton | Ralph |
| 162 | Watkins III | George |
| 163 | Westphal | Robert |
| 164 | White | David |
| 165 | Wilkerson | Brandon |
| 166 | Wilson | Ryan |
| 167 | Wright, Jr. | Darrel |
| 168 | Young | Keith |
| 169 | Young | Sean |
| 170 | Zepeda | Cristian |
| 171 | Zuniga | Johnny |